SCOTT H. YUN (State Bar No. 185190)
syun@stutman.com
GREGORY K. JONES (State Bar No. 181072)
gjones@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone:  (310) 228-5600
Facsimile:  (310) 228-5788

Counsel for the Official Committee
of Creditors Holding Unsecured Claims

FILED & ENTERED

SEP 11 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re

TOWER PARK PROPERTIES, LLC,

                Debtor.

) Case No. 2:08-bk-20298-BR
)
) Chapter 11
)
)
) **ORDER APPROVING APPLICATION BY THE
OFFICIAL COMMITTEE OF CREDITORS
HOLDING UNSECURED CLAIMS TO EMPLOY
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION AS
COUNSEL**
)
) [No Hearing Required]

477894v1

1

1    The Court, having considered the "Application by the Official Committee of Creditors Holding Unsecured Creditors to Employ Stutman, Treister & Glatt Professional Corporation as Counsel" (the "Application") and the "Declaration of Scott H. Yun Re: Non-Opposition to Application by the Official Committee of Creditors Holding Unsecured Creditors to Employ Stutman, Treister & Glatt Professional Corporation as Counsel"; it appearing that Stutman, Treister & Glatt Professional Corporation ("ST&G") is a disinterested person as that term is defined in 11 U.S.C. § 101(14) and that the employment of ST&G is in the best interest of the estate; and that proper notice of the Application has been provided.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is approved.

2. The employment of ST&G as counsel for the Official Committee of Creditors Holding Unsecured Claims is approved, effective as of July 31, 2008, in accordance with the terms set forth in the Application.

\# \# \#

DATED: September 11, 2008

United States Bankruptcy Judge

477894v1

# DECLARATION OF SERVICE

I, Claudia, declare:

I am over the age of eighteen years and not a party to the within action. I am employed in an office that employs a member of the bar of California at whose direction the within service was made. My business address is Stutman, Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On September 5, 2008, I served the following pleading:

**ORDER APPROVING APPLICATION BY THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS TO EMPLOY STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION AS COUNSEL**

on interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

Debtor
Tower Park Properties, LLC
c/o Robert S. Mann, Esq.
Silver & Freedman, APLC
2029 Century Park E, 19th Floor
Los Angeles, CA  90067-3005

Attorney for the Debtor
Craig M. Rankin, Esq.
David B. Golubchik, Esq.
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA  90067

Office of the United States Trustee
Attn.:  Bruce Schildkrant
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Following ordinary business practices at the Firm, I placed the sealed envelopes for collection and mailing with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing. Under that practice, such correspondence would be deposited with the United States Postal Service on that same day, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008, at Los Angeles, California.

/S/
Claudia C. Lee, Declarant

477894v1

**TOWER PARK PROPERTIES, LLC, CAS NO. 2:08-bk-20298-BR**

**SERVICE LIST FOR NOTICE OF ENTRY OF ORDER**

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| *Jeff Lee Costello*<br>*jlcostell@costell-law.com,*<br>*aicornelius@costell-law.com,*<br>*merishe@costell-law.com;*<br>*rhull@costell-law.com;*<br>*hdooley@costell-law.com*<br><br>*Christina M. Craige*<br>*ccraige@sidley.com*<br><br>*Craig M. Rankin and David B. Golubchik*<br>*cmr@lnbrb.com, dbg@lnbrb.com*<br><br>*Jayne T. Kaplan*<br>*kaplanlawoffices@sbcglobal.net*<br><br>*Craig G. Margulies*<br>*cmargulies@lm-lawyers.com*<br><br>*Bruce S. Schildkraut*<br>*Bruce.schildkraut@usdoj.gov*<br>*Ustpregion16.la.ecf@usdoj.gov*<br><br>*Jason Wallach*<br>*jwallach@bergerkahn.com* | DEBTOR<br>Tower Park Properties, LLC<br>c/o Robert S. Mann, Esq.<br>Silver & Freedman, APLC<br>2029 Century Park E, 19th Floor<br>Los Angeles, CA  90067-3005<br><br>ATTORNEYS FOR THE DEBTOR<br>Craig M. Rankin, Esq.<br>David B. Golubchik, Esq.<br>Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067<br><br>UNITED STATES TRUSTEE<br>Attn.: Bruce S. Schildkraut<br>Ernst & Young Plaza<br>725 S. Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017<br><br>ATTORNEY FOR THE COMMITTEE<br>Scott H. Yun, Esq.<br>Stutman, Treister & Glatt PC<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA  90067 |

477894v1