DANIEL H. REISS (SBN 150573)
dhr@lnbrb.com
DAVID B. GOLUBCHIK (SBN 185520)
dbg@lnbrb.com
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11 Debtor and Debtor in Possession
Tower Park Properties, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-20298-BR |
| TOWER PARK PROPERTIES, LLC, | Chapter 11 |
| Debtor and Debtor in Possession, | **NOTICE OF HEARING ON MOTION BY TOWER PARK PROPERTIES, LLC TO APPROVE SETTLEMENT AGREEMENT BY AND WITH OAKRIDGE LANDSCAPE, INC., CHARLES DICKENS, GARY MORRIS, PACIFIC CREST CONSULTANTS, INC., AND GLM ASSOCIATES** |
| | Date: August 21, 2009 |
| | Time: 10:00 a.m. |
| | Place: Courtroom **1645** |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that the Court has set a hearing on the motion (the "Motion") by Tower Park Properties, LLC, the debtor and debtor in possession herein (the "Debtor") to approve the Settlement Agreement annexed to the Motion as Exhibit "A" entered into with Oakridge Landscape, Inc., Charles Dickens, Gary Morris, Pacific Crest Consultants, Inc. and GLM Associates for August 21, 2009 at 10:00 a.m. in **Courtroom 1645** located at 255 East Temple Street, Los Angeles, California.

Requests for a copy of the Motion may be made upon counsel for the Debtor upon written request by e-mail, facsimile or otherwise in accordance with the contact information provided in the upper left-hand corner of the first page hereof.

**PLEASE TAKE FURTHER NOTICE** that any response or opposition to the Motion must be filed and served so as to be received by counsel for the Debtor and Court chambers by no later than 12:00 p.m. noon on August 20, 2009.

Dated: August 18, 2009              TOWER PARK PROPERTIES, LLC

By: _____ */s/ Daniel H. Reiss* _____.
                    DANIEL H. REISS
                    DAVID B. GOLUBCHIK
                    LEVENE, NEALE, BENDER, RANKIN
                    & BRILL L.L.P.
                    Counsel for Debtor and
                    Debtor-in-Possession
                    Tower Park Properties, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described as (1) NOTICE OF HEARING ON MOTION BY TOWER PARK PROPERTIES, LLC TO APPROVE SETTLEMENT AGREEMENT BY AND WITH OAKRIDGE LANDSCAPE, INC., CHARLES DICKENS, GARY MORRIS, PACIFIC CREST CONSULTANTS, INC., AND GLM ASSOCIATES; and (2) MOTION BY TOWER PARK PROPERTIES, LLC TO APPROVE SETTLEMENT AGREEMENT BY AND WITH OAKRIDGE LANDSCAPE, INC., CHARLES DICKENS, GARY MORRIS, PACIFIC CREST CONSULTANTS, INC., AND GLM ASSOCIATES; DECLARATION OF ROBERT S. MANN **(the Motion was served only on the attached list as it was served on 08/17/09 on the NEF list below)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 18, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Jeffrey Lee Costell    jlcostell@costell-law.com, aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
- Christina M Craige    ccraige@sidley.com
- Daniel Denny    ddenny@gibsondunn.com
- Thomas N FitzGibbon    tnf@ptflaw.com
- David B Golubchik    dbg@lnbrb.com
- Jayne T Kaplan    kaplanlawoffices@sbcglobal.net
- Craig G Margulies    cmargulies@lm-lawyers.com
- Aron M Oliner    roliner@duanemorris.com
- Craig M Rankin    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Steven A Sokol    ssokol@hallingsokol.com
- Peter T Steinberg    mr.aloha@sbcglobal.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jason Wallach    jwallach@gladstonemichel.com
- Scott H Yun    syun@stutman.com

## II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On August 18, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page (ALL ENTITIES ON ATTACHED PAGE SERVED VIA FEDERAL EXPRESS OR UNITED STATES OVERNIGHT MAIL)

## III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 18, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re:<br>TOWER PARK PROPERTIES, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-20298-BR |
|---|---|

<u>Served by Personal Delivery via Attorney Service</u>
Hon. Barry Russell
United States Bankruptcy Court
Courtroom 1668
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2009 | John Berwick | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Tower Park Properties
c/o Robert S. Mann
2029 Century Park East, 19th Floor
Los Angeles, CA 90067

Russell Clementson, Esq.
Office of the U.S. Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Charles Dickens
155 N. Crescent Drive, # 318
Beverly Hills, CA 90210

Attorney for Hughes Investment, MH Holdings
Robert P. Friedman
Law Offices of Robert Friedman
827 Moraga Drive
Bel Air, CA 90049

Counsel to Wayne & Sheldon Williams,
Randall Rubin
Kenneth S. Ingber
Stephanie D'Amato
2029 Century Park East, Suite 1400
Los Angeles, CA 90067

Creditors Committee Chair President
Gary L. Morris
Pacific Crest Consultants
23622 Calabassas Road, Suite 100
Calabassas, CA 91302

Creditors Committee
Larry Wilmot
Camarillo Engineering, Inc.
P.O. Box 758
Somis, CA 93066

Creditors Committee
G. William Rose
WRA Engineering, Inc.
24911 Avenue Stanford, Suite 204
Valencia, CA 913555

Stephen King
KGMAC LLC & Prestige Ocean Prope
4243 Dunwoody Club Dr., Ste. 103
Atlanta, GA 30350

Counsel for Finton Associates
Donald Segretti
19800 McArthur Blvd., Suite 1000
Irvine, CA 92612

LA County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90051-0110

Eoin L. Kreditor, Esq.
Friedman Stroffe & Gerard, PC
19800 MacArthur Blvd., Ste. 1100
Irvine, CA 92612

Counsel-Hablinski + Manion Architecture LLP
Mehrdad Farivar
Kurt A. Dreibholz
c/o Morris Polich & Purdy LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017

Securities Exchange Commission
450 5th Street, NW
Washington, DC 20549

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

Oakridge Landscape Inc.
8618 Haskell Ave.
North Hills, CA 91343

Barry Weisz
Silver & Freedman
2029 Century Park East, 19th Floor
Los Angeles, CA 90067

Secured Creditor
Hughes Investment Partnership LLP
Attn: Conrad Klein
10100 Santa Monica Blvd, Ste. 300
Los Angeles, CA 90067

Ernie Z Park
13215 E Penn St #510
Whittier, CA 90602

Grobstein, Horwath & Company LLP
15233 Ventura Blvd., 9th Fl
Sherman Oaks, CA 91403

ACS Security Industries, Inc.
100 Bel Air Road
Los Angeles, CA 90077

Athans Enterprises Inc.
19311 Vanowen Street
Reseda, CA 91335

Beverly Aire, LLC - Peter Sahagen
c/o Jon H. Freis, Esq.
120 El Camino Drive, Suite 204
Beverly Hills, CA 90212

BJ Palmer & Associates Inc.
27122A Paseo Espada, Suite 921
San Juan Capistrano, CA 92675

Cathcart, Collins LLP
P.O. Box 298
530 S. Lake Avenue
Pasadena, CA 91101-3515

David Ruddich
c/o Alex Cornelius, Esq.
1299 Ocean Ave, Ste 400
Santa Monica, CA 90401

Finton Construction
401 Rolyn Place
Arcadia, CA 91007

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

GeoSoils Consultants Inc.
6634 Valjean Avenue
Van Nuys, CA 91406

Hablinski Manion
11150 West Olympic Blvd., Suite 800
Los Angeles, CA 90064

Hilton & Hyland
250 N. Canon Dr.
Beverly Hills, CA 90210

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

KNA Engineering Inc.
30101 Agoura Court, Suite 120
Agoura Hills, CA 91301

LA DWP
P.O. Box. 3080
Los Angeles, CA 90030

La Jolla Capital Investors LLC
c/o Miguel Smith, Esq.
401 B Street, Suite 1200
San Diego, CA 92101

Law Offices of Robert Friedman
Attn: Mark Abramson, Esq.
827 Moraga Dr.
Los Angeles, CA 90049

Levy and Rowe, LLP
Joel D. Levy
10350 Santa Monica Blvd., Suite 130
Los Angeles, CA 90025

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Major Appraisals
6033 W. Century Blvd., Suite 340
Los Angeles, CA 90045

Marvin Barsky
4471 Azalia Drive
Tarzana, CA 91356

Pacific Crest Consultants
23622 Calabasas Rd, Suite 100
Calabasas, CA 91302

Robert E. Truskowski, Inc.
1110 North Coast Highway
Laguna Beach, CA 92651

Sierra Land Technologies
7225 Alabama Ave
Canoga Park, CA 91303

SME Construction, Inc.
195 Dawson Dr.
Camarillo, CA 93012

The Sullivan Partnership
529 Hahn Ave., Suite 201
Glendale, CA 91203

Tower Park Development Company, LLC
c/o Joseph Collins, Esq.
444 South Flower Street, 42nd Floor
Los Angeles, CA 90071

Wayne S. Williams
c/o Kenneth S. Ingber, Esq.
2029 Century Park East, Suite 1400
Los Angeles, CA 90067

William Scotsman
11811 Greenstone Ave
Santa Fe Springs, CA 90670

Counsel for GeoSoils Consultants, Inc.
Carl J. Lane
16255 Ventura Blvd., Ste. 1008
Encino, CA 91436