```
 1 │ DANIEL H. REISS (SBN 150573)
   │ dhr@lnbrb.com
 2 │ DAVID B. GOLUBCHIK (SBN 185520)
   │ dbg@lnbrb.com
 3 │ LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
 4 │ 10250 Constellation Blvd., Suite 1700
   │ Los Angeles, California 90067
 5 │ Telephone: (310) 229-1234
   │ Facsimile: (310) 229-1244
 6 │
 7 │ Attorneys for Chapter 11 Debtor and Debtor in Possession
   │ Tower Park Properties, LLC
 8 │
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:08-bk-20298-BR |
| TOWER PARK PROPERTIES, LLC, | Chapter 11 |
| Debtor and Debtor in Possession, | **NOTICE OF:** |
| | **1. HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION;** |
| | **2. TIME FIXED FOR RECEIPT OF BALLOTS ACCEPTING OR REJECTING PLAN; AND** |
| | **3. TIME FIXED FOR FILING OBJECTIONS TO CONFIRMATION** |
| | Hearing:<br>Date: March 9, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO ALL CREDITORS AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a hearing will be held on March 9, 2010 at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California, in Courtroom 1668 located at 255 East Temple Street, 16th floor, Los Angeles, California 90012, for the Court to consider confirmation of the Fifth Amended Chapter 11 Plan of Reorganization (the "Plan") proposed by Tower Park Properties, LLC, debtor and debtor in possession in the above-referenced bankruptcy case (the "Debtor"). The Plan and the Fifth Amended Disclosure Statement Describing Debtor's Fifth Amended Chapter 11 Plan Of Reorganization (the "Disclosure Statement") accompany this Notice. If you are entitled to vote on the Plan, an appropriate ballot for voting also accompanies this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement was approved by the Bankruptcy Court following a hearing conducted on January 6, 2010.

**PLEASE TAKE FURTHER NOTICE** that pursuant to order of the Bankruptcy Court, Ballots accepting or rejecting the Plan must be submitted to and actually **received** no later than 5:00 p.m. prevailing Pacific Time on February 17, 2010 by

> Daniel H. Reiss, Esq.
> Levene, Neale, Bender, Rankin & Brill L.L.P.
> 10250 Constellation Blvd., Suite 1700
> Los Angeles, CA 90067
> Telecopier: (310) 229-1244

Any Ballots received after that date and time shall not be counted as a vote accepting or rejecting the Plan.

**PLEASE TAKE FURTHER NOTICE** that pursuant to order of the Court, February 17, 2010 is fixed as the last day for filing and serving pursuant to F.R.B.P. 3020(b)(1) written objections to confirmation of the Plan. Any such objection shall be in writing, filed with the Court, with a conformed courtesy copy delivered to Chambers, and shall be served upon the

following, so as to be actually **received** by the Court and counsel for the Debtor no later than 5:00 p.m. prevailing Pacific Time on February 17, 2010:

>Daniel H. Reiss, Esq.
>Levene, Neale, Bender, Rankin & Brill L.L.P.
>10250 Constellation Blvd., Suite 1700
>Los Angeles, CA 90067
>Telecopier: (310) 229-1244

Any objection not timely filed, served, and received shall be deemed waived.

Dated: January 15, 2010                TOWER PARK PROPERTIES, LLC

                                       By:   /s/ Daniel H. Reiss
                                             DANIEL H. REISS
                                             LEVENE, NEALE, BENDER, RANKIN
                                             & BRILL L.L.P.
                                             Counsel for Debtor and
                                             Debtor-in-Possession
                                             Tower Park Properties, LLC

| In re:<br>TOWER PARK PROPERTIES, LLC,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-20298-BR |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents described as NOTICE OF: 1. HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; 2. TIME FIXED FOR RECEIPT OF BALLOTS ACCEPTING OR REJECTING PLAN; AND 3. TIME FIXED FOR FILING OBJECTIONS TO CONFIRMATION will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 15, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Jeffrey Lee Costell    jlcostell@costell-law.com, aicornelius@costell-law.com;rhull@costell-law.com;hnugget@costell-law.com;mdiaz@costell-law.com;mharris@costell-law.com;scronin@costell-law.com
- Christina M Craige    ccraige@sidley.com
- Daniel Denny    ddenny@gibsondunn.com
- Thomas N FitzGibbon    tnf@ptflaw.com
- David B Golubchik    dbg@lnbrb.com
- Jayne T Kaplan    kaplanlawoffices@sbcglobal.net
- Craig G Margulies    cmargulies@margulies-law.com
- Aron M Oliner    roliner@duanemorris.com
- Craig M Rankin    cmr@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Steven A Sokol    ssokol@hallingsokol.com
- Peter T Steinberg    mr.aloha@sbcglobal.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jason Wallach    jwallach@gladstonemichel.com
- Scott H Yun    syun@stutman.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**See Attached Service List-All Entities Served via United States Mail**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 15, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2010                                                                                                                                    F 9013-3.1

| In re: TOWER PARK PROPERTIES, LLC, Debtor(s). | CHAPTER 11 CASE NUMBER 2:08-bk-20298-BR |
|---|---|

Served by Personal Delivery via Attorney Service
Hon. Barry Russell
United States Bankruptcy Court
Courtroom 1668
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 15, 2010 | John Berwick | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2010_                                                                F 9013-3.1

| | | |
|---|---|---|
| Tower Park Properties<br>c/o Robert S. Mann<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA 90067 | Charles Dickens<br>2555 Strathmore Drive<br>Cumming, GA 30041 | Russell Clementson, Esq.<br>Office of the U.S. Trustee<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017 |
| ACS Security Industries, Inc.<br>100 Bel Air Road<br>Los Angeles, CA 90077 | Athans Enterprises Inc.<br>19311 Vanowen Street<br>Reseda, CA 91335 | Beverly Aire, LLC - Peter Sahagen<br>c/o Jon H. Freis, Esq.<br>120 El Camino Drive, Suite 204<br>Beverly Hills, CA 90212 |
| BJ Palmer & Associates Inc.<br>27122A Paseo Espada, Suite 921<br>San Juan Capistrano, CA 92675 | Camarillo Engineering Inc.<br>PO Box 758<br>Somis, CA 93066 | Cathcart, Collins LLP<br>P.O. Box 298<br>530 S. Lake Avenue<br>Pasadena, CA 91101-3515 |
| David Ruddich<br>c/o Alex Cornelius, Esq.<br>1299 Ocean Ave, Ste 400<br>Santa Monica, CA 90401 | Finton Construction<br>401 Rolyn Place<br>Arcadia, CA 91007 | Franchise Tax Board<br>Special Procedures<br>POB 2952<br>Sacramento, CA 95812 |
| GeoSoils Consultants Inc.<br>c/o Rudy Ruberti, Principal Geologist<br>6634 Valjean Avenue<br>Van Nuys, CA 91406 | Hablinski Manion<br>11150 West Olympic Blvd., Suite 800<br>Los Angeles, CA 90064 | Hilton & Hyland<br>250 N. Canon Dr.<br>Beverly Hills, CA 90210 |
| Hughes Investment Partnership LLC<br>Attn: Conrad Klein<br>10100 SANTA MONICA BLVD STE 300<br>Los Angeles, CA 90067 | Internal Revenue Service<br>Insolvency I Stop 5022<br>300 N. Los Angeles St., #4062<br>Los Angeles, CA 90012-9903 | KNA Engineering Inc.<br>30101 Agoura Court, Suite 120<br>Agoura Hills, CA 91301 |
| LA DWP<br>P.O. Box. 3080<br>Los Angeles, CA 90030 | La Jolla Capital Investors LLC<br>c/o Miguel Smith, Esq.<br>401 B Street, Suite 1200<br>San Diego, CA 92101 | Levy and Rowe, LLP<br>Joel D. Levy<br>10350 Santa Monica Blvd., Ste 130<br>Los Angeles, CA 90025 |
| Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | Major Appraisals<br>6033 W. Century Blvd., Suite 340<br>Los Angeles, CA 90045 | Mark Hughes Family Trust<br>10100 Santa Monica Bl, Suite 300<br>Los Angeles, CA 90067 |
| Marvin Barsky<br>4471 Azalia Drive<br>Tarzana, CA 91356 | MH Holdings II H, LLC<br>Attn: Conrad Klein<br>10100 Santa Monica Blvd., Ste. 300<br>Los Angeles, CA 90067 | Oakridge Landscape Inc.<br>8618 Haskell Ave<br>North Hills, CA 91343 |
| Pacific Crest Consultants<br>c/o Gary L. Morris, Committee Chair Pres<br>23622 Calabasas Rd, Suite 100<br>Calabasas, CA 91302 | Robert E. Truskowski, Inc.<br>1110 North Coast Highway<br>Laguna Beach, CA 92651-1372 | Sierra Land Technologies<br>7225 Alabama Ave<br>Canoga Park, CA 91303 |

Silver & Freedman, APLC
Attn: Barry Weisz
2029 Century Park East, 19th Floor
Los Angeles, CA 90067-3005

SME Construction, Inc.
195 Dawson Dr.
Camarillo, CA 93012

The Sullivan Partnership
529 Hahn Ave., Suite 201
Glendale, CA 91203

Tower Park Development Company, LLC
c/o Cathcart, Collins & Kneafsey LLP
Joseph Collins, Esq.
444 South Flower Street 42nd Floor
Los Angeles, CA 90071

Wayne S. Williams
c/o Kenneth S. Ingber, Esq.
2029 Century Park East, Suite 1400
Los Angeles, CA 90067

William Rose & Associates
Attn: William Rose
24911 Avenue Stanford, Suite 204
Valencia, CA 91355

William Scotsman
11811 Greenstone Ave
Santa Fe Springs, CA 90670

Counsel for GeoSoils Consultants, Inc.
Carl J. Lane
16255 Ventura Blvd., Ste. 205
Encino, CA 91436

Geocrete Brow Ditch, Inc.
1295 Distribution Way
Vista, CA 92081-8817

Securities Exchange Commission
450 5th Street, NW
Washington, DC 20549

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Address per Proof of Claim
Camarillo Engineering Inc.
2009 Klamath Drive
Camarillo, CA 93010

Address per Proof of Claim
KGMAC, LLC and Prestige Ocean Prop LLC
4343 Dunwoody Club Drive
Suite 103
Atlanta, GA 30350

Address per Proof of Claim
Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90051-0110

Address per Proof of Claim
Joseph P. Collins, Esq.
Adorno Yoss Alvarado & Smith
633 West Fifth Street, Suite 1100
Los Angeles, CA 90071

Address per Proof of Claim
Marvin Barsky
10100 Santa Monica Boulevard # 300
Los Angeles, CA 90067

Address per Proof of Claim
Paul Pechak
7955 Lurline Avenue
Winnetka, CA 91306

Address per Proof of Claim
Hablinski + Manion Architecture LLP
c/o Mehrdad Farivar
1055 West Seventh St., 24th Floor
Los Angeles, CA 90017

Address per Proof of Claim
Procore Technologies, Inc.
c/o Kingston, Martinez & Hogan
1300 Santa Barbara Street
Santa Barbara, CA 93101

Address per Proof of Claim
Bing Lum
c/o Jayne T. Kaplan
1112 Fair Oaks
South Pasadena, CA 91030

Address per Proof of Claim
La Jolla Capital Investors LLC
c/o Michael D. Breslauer, Esq.
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101

Address per Proof of Claim
Dr. Jagdish C. Mar & Mrs. Vijay Amar
c/o Thomas N. FitzGibbon
Pfeiffer Thigpen & FitzGibbon LLP
233 Wilshire Boulevard, Suite 220
Santa Monica, CA 90401

Address per Proof of Claim
Finton Construction, Inc.
c/o Eoin Kreditor
19800 MacArthur Blvd., Suite 1100
Irvine, CA 92612

Address per Proof of Claim
MH Holdings II H LLC
c/o Paul R. Walker
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

Address per Proof of Claim
Hughes Investment Partnership LLC
c/o Paul R. Walker
Sidley & Austin
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

Address per Proof of Claim
Mark Hughes Family Trust
c/o Paul R. Walker
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

Address per Proof of Claim
Cathcart Collins LLP
Joseph P. Collins
633 West Fifth Street, Suite 1100
Los Angeles, CA 90071

Address per Proof of Claim
David Rudich
c/o Costell & Cornelius Law Corp.
Jeffrey Lee Costell, Esq.
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401-1042

Address per Proof of Claim
Kenneth Ingber
Ingber & Associates
2029 Century Park East, Suite 1400
Los Angeles, CA 90067

| | | |
|---|---|---|
| WRA Engineering, Inc.<br>c/o G. William Rose<br>24933 Avenue Stanford<br>Valencia, CA 91355-1278 | Williams Scotsman Inc.<br>Loss Mitigation Department<br>8211 Town Center Drive<br>White Marsh, MD 21235-5904 | Donald Segretti, Esq.<br>19800 MacArthur Blvd.<br>Suite 1000<br>Irvine, CA 92612-2433 |
| Eoin L. Kreditor, Esq.<br>Friedman Stroffe & Gerard, PC<br>19800 MacArthur Blvd., Suite 1100<br>Irvine, CA 92612 | Stephen King<br>KGMAC LLC and Prestige Ocean Properties<br>4243 Dunwoody Club Drive, Suite 103<br>Atlanta, GA 30350-5206 | KGMAC, LLC<br>c/o Aron M. Oliner<br>Duane Morris LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2000<br>San Francisco, CA 94105-1101 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0325 | Ahtans Enterprises, Inc.<br>Jason Wallach, Esq.<br>4551 Glenco Ave., Suite 300<br>Marina del Rey, CA 90292-7925 | Grobstein, Horwath & Co. LLP<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403-2250 |
| L.A. County Tax Collector<br>Bankruptcy Unit<br>2615 South Grand Avenue<br>Los Angeles, CA 90007-2608 | Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Los Angeles Division<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 |
| Attorney for Hughes Investment, MH Holdings<br>Robert P. Friedman<br>Law Offices of Robert Friedman<br>827 Moraga Drive<br>Bel Air, CA 90049 | Counsel for Creditors Committee<br>Scott Yun, Gregory Jones<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Counsel for Oakridge Landscape, Inc.<br>Craig G. Margulies, Esq.<br>Ian S. Landsberg, Esq.<br>Landsberg Margulies LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436 |
| Counsel to Secured Creditor Marvin Barsky<br>Peter T. Steinberg, Esq.<br>Steinberg, Nutter & Brent, Law Corporation<br>23801 Calabasas Road, Suite 2031<br>Calabasas, CA 91302 | Counsel for William Dorfman<br>Barbara L. Berkowitz, Esq.<br>Berkowitz & Associates<br>468 North Camden Drive, Suite 200<br>Beverly Hills, CA 90210 | United States Venture Capital LLC<br>c/o Peter Sahagen/John Fries<br>120 El Camino Drive<br>Suite 204<br>Beverly Hills, CA 90210 |