KGMAC, LLC
And Prestige Ocean Properties
4343 Dunwoody Club Drive, Suite 103
Atlanta, GA 30350
Telephone: (678) 222-0290

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TOWER PARK PROPERTIES, LLC,<br><br>　　　　Debtor. | Case No. 2:08-BK-20298-BR<br>Chapter 11<br><br>**OBJECTION TO CLAIM TRANSFER** |

  Creditor KGMAC, LLC, and Prestige Ocean Properties, LLC ("Creditor") objects to the Notice of Transfer of Claim Other than for Security issued by the Clerk of the Court on March 15, 2017 ("Claims Transfer Notice") as follows:

  As an initial matter, the Claims Transfer Notice is not timely. The purported transfer of Creditor's claim (which is subject to dispute) occurred almost six years ago. Federal Rule of Bankruptcy Procedure 3001(e) provides that such a transfer must be within a reasonable period of time. The Rule's silence with regard to a time limit cannot be interpreted as giving a transferee carte blanche in the filing of such a notice if delay would result in prejudice. *In re Wilson*, 96 B.R. 257 (BAP) (1988). *Accord*, *In re BC Enterprises, Ltd.,* 160 B.R. 827 (1993).

1  Second, notwithstanding that there is a confirmed plan in this case, and contrary to the terms of the confirmed plan, the underlying real property that was the subject of this case is apparently no longer property of the estate. Thus, recent docket activity (including a recent removal of certain matters pending in the court where an underlying judgment against the Debtor was rendered pre-petition) are equally suspect. This Court should not act on the Claims Transfer Notice.

Third, as a substantive matter, Creditor would like the opportunity to conduct certain discovery and, as and when appropriate, if necessary hold an evidentiary hearing to further detail and substantiate its position.

Dated: March 29, 2017

By: /s/ Stephen D. King
Stephen D. King, Manager
KGMAC, LLC