Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
30851 Agoura Rd. Suite 114
Agoura Hills, California 91301
Telephone: (818) 574-5740
Facsimile: (818) 574-5740

Attorney for Reorganized Debtor
Tower Park Properties, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:                                     ) Case No. 2:08-bk-20298-BR
                                           )
                                           ) Chapter 11
                                           )
                                           )
                                           ) **POST CONFIRMATION STATUS
TOWER PARK PROPERTIES, LLC,                ) REPORT;**
                                           )
                                           )
                                           )
                                           ) [No hearing set]
                                           )
         Reorganized Debtor,               )
                                           )

Tower Park Properties, LLC, the Reorganized Debtor herein (the "Debtor"), hereby files its Post-Confirmation Status Report.

A.    **Background.**

The Debtor was the owner of one of the most valuable and spectacular pieces of real property in the world (the "Property"). The court is well aware of the contentious litigation between Tower Park, The Hughes Entities, and SCP. On August 15, 2019, Hughes Investment Partnership LLC, et.al filed an emergency motion for "An Order Confirming that They May Proceed With the Foreclosure Sale of the TPP Property. The court set a hearing on the

emergency motion for August 19, 2019. Appearances were made on the record, and after oral argument, the court ruled to grant the emergency motion. Shortly thereafter, the property was foreclosed upon and the Hughes Entities took ownership.

1. **Fifth Amended Plan.**

Through its Fifth Amended Plan of Reorganization that was confirmed by this Court by order entered April 1, 2011 (the "Confirmation Order") and final definitive documentation (the "Hughes Trust Settlement"), the Hughes Investment Partnership, LLC and MH Holdings II H, LLC (collectively, the "Hughes Entities"), the Debtor and the Official Committee of Unsecured Creditors reached an agreement, that provided for (1) a new loan facility of $7 million (the "Exit Financing Facility") from Hughes Investment Partnership, LLC or one of its affiliate; (2) modification to the pre-petition loans of the Hughes Entities; and (3) a mutual release of claims by and between the Debtor, the Committee and the Hughes Entities.

2. **Default Remedies under the Hughes Trust Settlement.**

In the event of a default under the Existing Loans or the Exit Financing Facility, the Hughes Entities have certain remedies under the Amended Plan. As stated above, upon a default, the Hughes Entities can summarily obtain title to the Property through the Court Deed Option, leaving nothing for all junior lienholders, administrative, and non-priority unsecured creditors. The Amended Plan provides in pertinent part:

> In the event of failure by Debtor to pay all principal and interest by the Maturity Date or other acts of default under the Loan or the Existing Loans, other than the Existing Defaults (as that term shall be defined in the Exit Financing Facility loan documents), and provided that Lender files a motion in the Bankruptcy Case with written notice (the "Notice of Motion") to Debtor of not less than twenty one (21) days during which period the Debtor shall have the opportunity to object (with the burden upon Debtor to prove the grounds provided by Lender are not valid), the Debtor shall convey all its rights, title and interest in and to the collateral for the Loan (the entirety of the bankruptcy estate) to Lender in the time frame and in the manner (i.e., pursuant to a Quitclaim Deed, bill of sale and other documents in favor of Lender, collectively, over which the Bankruptcy Court shall retain

2

jurisdiction) (the "Court Deed Option") as expressly set forth and as pre-approved by the Bankruptcy Court in the Plan and the Loan Documents with all of the protections and benefits afforded thereby; provided, however, that the collateral so conveyed shall be transferred free and clear of all junior liens and interests, but subject to, (i) any liens encumbering the collateral that are senior to the liens securing the Loan including the Existing Loans, and (ii) a right of redemption in favor of LJCI (the "LJCI Redemption Right") which shall require the Lender to transfer title to the Property to LJCI if LJCI tenders to the Lender on the date of the transfer the full amount then due and owing under the Loan and the Existing Loans so long as LJCI exercises this right of redemption within one hundred twenty (120) days of the date the Lender acquires fee simple title to the Property ("Redemption Amount"). The Redemption Amount shall include all principal, interest, default interest and attorneys' fees and other costs incurred in connection with Lender exercising its rights against the Debtor if an Event of Default occurs hereunder. LJCI shall also pay all transfer taxes due in connection with the transfer of title. The LJCI Redemption Right will terminate and will no longer exist upon satisfaction of LJCI's claim as provided herein or as otherwise satisfied in full as between LJCI and the Debtor. The Debtor shall have a ten (10) day right to cure defaults under the Loan or the Existing Loans, other than the Existing Defaults, commencing on the delivery of the Notice of Motion. Further, upon the occurrence of an event of default under the Exit Financing Facility loan documents, the unpaid principal balance of the Exit Financing Facility, and to the extent permitted by applicable law all accrued and unpaid interest thereon, shall bear interest at the lesser of: (i) the Interest Rate specified above plus seven percent (7%) per annum, compounded monthly; or (ii) the maximum rate permitted by applicable law, from the date of expiration of any applicable cure period until such time, if any, as the event of default is cured and the Exit Financing Facility is reinstated, or otherwise until all amounts due under the Exit Financing Facility are repaid in full. The foregoing rights and remedies in the event of a default shall be in addition to such other rights and remedies that the Hughes Entities have under applicable loan documents in accordance with applicable federal and state law.

Amended Plan, Section C.1, pgs. 13, ln. 17 – 16, ln. 6.

3. **Settlement with LJCI and Treatment of Claim.**

The treatment of LJCI's claim can be summarized as follows: LJCI filed a proof of claim against the estate on November 7, 2008 in the amount of $11,111,053.84. LJCI and the Debtor reached an agreement that were approved by way of the Confirmation Order, whose principle terms were:

(i) LJCI shall have an allowed secured claim in the total amount of $10,749,479 as of the Effective Date (the "LJCI Secured Claim"). Interest shall accrue at 6% per annum until paid.

(ii) LJCI shall receive a payment of $1 million from the Loan in connection with the Exit Financing Facility on the Effective Date or as soon as practicable thereafter (the "Initial LJCI Payment").

(iii) The LJCI Secured Claim will be deemed paid in full and its lien shall be deemed released if the Debtor pays LJCI any of the following payoff amounts (the "Discounted Payoff Amounts"), which shall include the Initial LJCI Payment:

(a) one or more payments in the aggregate amount of $4.0 million on or before two calendar years after the Effective Date, which deadline shall be extended for six months if at least $3.0 million has been paid by such deadline; or

(b) one or more payments in the aggregate amount of $6.0 million on or before the date that is three calendar years after the Effective Date; or

(c) one or more payments in the aggregate amount of $8.0 million on or before four calendar years after the Effective Date.

(iv) LJCI's lien shall also be released in the event of a Property Transfer as follows (the "LJCI Lien Release Price") in exchange for payment of the following amounts: For the first four lots sold, the LJCI Lien Release Price shall be $1 million, which shall be paid as follows upon the close of the lot sale from escrow: $500,000 to LJCI and $500,000 to the Reorganized Debtor (the "TPP Carveout"). The TPP Carveout shall then be for distribution pro rata to allowed administrative claims under 11 U.S.C. § 503(b) that were not paid as of the Effective Date ("Unpaid Administrative Claims"). After all Unpaid Administrative Claims are paid in full, the TPP Carveout shall be distributed to Class 11 general unsecured creditors on a

pro rata basis. The LJCI Lien Release Price on the remaining two lots shall be $500,000, except as otherwise provided herein, which shall be paid to LJCI, except as otherwise provided in the Amended Plan. See Amended Plan, Section C.1, pgs. 20 – 23

These rights under the LJCI settlement were transferred to SCP, as stated below.

B.  **Post-Confirmation Activity and Events**

Focusing only on the most recent post confirmation activities, SCP assigned its rights under the LJCI settlement agreement to Sunset Coast Holdings, LLC. Sunset Coast is a single member LLC, consisting only of Mr. James I. Valentine. Mr. Valentine was a creditor of SCP and negotiated a settlement of his claim against SCP after the SCP Chapter 11 case was dismissed. Mr. Valentine seeks a determination of whether the right of redemption exists pursuant to the 5th amended plan of reorganization as confirmed by this court, and if the Hughes Parties intentionally sought alternative remedies, even after promising LJCI at the time that it would always have the ability to redeem the property in the event of a foreclosure.

Given the position taken by Sunset Coast, a case was filed in Los Angeles Superior Court, (Case No. 19STCV45820) seeking, among other things, a declaratory judgment that the right of redemption exists pursuant to the Court Deed Option, and that Sunset Coast, as assignee of the LJCI rights, is entitled to exercise those rights.

On January 17, 2020, the Hughes Parties sought removal of the State Court Action to this honorable court.

C.  **Compliance With US Trustee Requirements**

After confirmation, the Debtor was required to continue filing Post-Confirmation Reports with the Office of the United States Trustee on a quarterly basis, as well as pay quarterly fees. Although Debtor's current counsel become involved in this case on August 13,

5

2019, it notes that the last post confirmation status report was filed sometime in 2014. As of the date of filing this Status Report, Debtor's counsel is unaware of any outstanding compliance or quarterly fees.

Dated: January 23, 2020

TOWER PARK PROPERTIES, LLC

By: /s/Eric Bensamochan
Eric Bensamochan, Esq.
Counsel for the Reorganized Debtor

| In re: | | CHAPTER: 11 |
|---|---|---|
| Tower Park Properties, LLC | | |
| | Debtor(s). | CASE NUMBER: 2:08-bk-20298-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
30851 Agoura Rd., Suite 114
Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled (*specify*): __POST CONFIRMATION STATUS REPORT__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/23/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Ron Maroko: ron.maroko@usdoj.gov
Kathy Bazoian Phelps: kphelps@diamondmccarthy.com (WESLEY Howard AVERY's Attorney)
Thomas N FitzGibbon: tom@apexlaw.com (Dr Jagdish C Amar's Attorney)
Thomas N FitzGibbon: tom@apexlaw.com (Jagdish Amar's Attorney)
Jason Wallach: jwallach@ghplaw.com (Athans Enterprises, Inc.'s Attorney)
Peter T Steinberg: mr.aloha@sbcglobal.net (Marvin Barsky's Attorney) & (Courtesy NEF)
John W Mills, III: jmills@taylorenglish.com ((Brightview Landscape Development's Attorney)
James D Lipschultz: jlipschultz@landslawyers.com (Brightview Landscape Development's Attorney)
John W Mills, III: jmills@taylorenglish.com (Brightview Landscape Development's Attorney)
Scott H Yun: syun@stutman.com (Counsel for the Committee of Creditors Holding Unsecured Claims' Attorney)
Michael D Breslauer: mbreslauer@swsslaw.com (Courtesy NEF)
Michael E Bubman: mbubman@mbnlawyers.com (Courtesy NEF)
Daniel Denny: ddenny@milbank.com (Courtesy NEF)
Asa S Hami: ahami@sulmeyerlaw.com
Ronald N Richards: ron@ronaldrichards.com
Victor A Sahn: vsahn@sulmeyerlaw.com
Richard A Shaffer: rick@raslaw.com
Steven A. Sokol: sokolesq@gmail.com
Scott C Timpe: stimpe@mbnlawyers.com
Justin E Rawlins: jrawlins@winston.com (Fiduciary Trust International of California, Interim Successor Trustee of the Mark Hughes Family Trust's Attorney)
William R Shafton: wshafton@winston.com (Fiduciary Trust International of California, Interim Successor Trustee of the Mark Hughes Family Trust's Attorney)
Justin E Rawlins: jrawlins@winston.com (Fiduciary Trust International of California, Trustee ad litem's Attorney)
Adam M Starr: starra@gtlaw.com (Alexander Hughes' Attorney)
Howard Steinberg: steinbergh@gtlaw.com (Alexander Hughes' Attorney)
Elizabeth W Walker: ewalker@sidley.com (Hughes Investment Partnership LLC's Attorney)
Christina M Craige: chris.craige@lw.com (Hughes Investment Partnership LLC's Attorney)
Aron M Oliner: roliner@duanemorris.com (c/o Aron M. Oliner KGMAC, LLC's Attorney)
Michael D Breslauer: mbreslauer@swsslaw.com (La Jolla Capital Investors, LLC's Attorney)
Zi Chao Lin: zlin@garrett-tully.com (La Jolla Capital Investors, LLC's Attorney)
Jayne T Kaplan: kaplanlawoffices@sbcglobal.net (Bing Lum's Attorney: kaplanlawoffices@sbcglobal.net)
Christina M Craige: chris.craige@lw.com (MH Holdings II H LLC's Attorney)
Justin E Rawlins: jrawlins@winston.com (MH Holdings II H LLC's Attorney)
Elizabeth W Walker: ewalker@sidley.com (MH Holdings II H LLC's Attorney)
Justin E Rawlins: jrawlins@winston.com: (MH Holdings I-A, LLC's Attorney)
　　　　　　　　　　　　　　　　　　　(MH Holdings I-B, LLC's Attorney)
　　　　　　　　　　　　　　　　　　　(MH Holdings I-C, LLC's Attorney)
　　　　　　　　　　　　　　　　　　　(MH Holdings I-D, LLC's Attorney)
Christina M Craige: chris.craige@lw.com (Mark Hughes Family Trust's Attorney)
Elizabeth W Walker: ewalker@sidley.com (Mark Hughes Family Trust's Attorney)
Craig G Margulies: Craig@MarguliesFaithlaw.com (Oakridge Landscape, Inc.'s Attorney: cmargulies@lm-lawyers.com)
Victor A Sahn: vsahn@sulmeyerlaw.com (Ortiz Family Trust's Attorney)
Steven A. Sokol: sokolesq@gmail.com (Pacific Crest Consultants, Inc.'s Attorney)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    9013-3.1.PROOF.SERVICE

| In re: | | |
|---|---|---|
| Tower Park Properties, LLC | | CHAPTER 11 |
| | Debtor(s). | CASE NUMBER 2:08-bk-20298-BR |

Hamid R Rafatjoo: hrafatjoo@raineslaw.com (Raines Feldman LLP's Attorney)
Ronald N Richards: ron@ronaldrichards.com (Roanld Richards)
Howard Steinberg: steinbergh@gtlaw.com (Eric V Rowen's Attorney)
Jeffrey Lee Costell: jlcostell@costell-law.com (David Rudich's Attorney)
Daniel A Lev: dlev@sulmeyerlaw.com (Secured Capital Partners, LLC's Attorney)
J. Barrett Marum: bmarum@sheppardmullin.com (WVM Holdings, LLC's Attorney)
Ernie Zachary Park: ernie.park@bewleylaw.com (Wilshire Crescent Properties' Attorney)
Daniel A Lev: dlev@sulmeyerlaw.com (Victor Franco Noval's Attorney)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __1/23/2020__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/23/2020 | Paulina Buitron | /s/Paulina Buitron |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

```
abel Matrix for local noticing        Moens Enterprises, Inc.              Farivar
973-2                                 Jason Wallach, Esq.                  c/o Morris Polich & Purdy LLP
ase 2:08-bk-20298-BR                  4551 Glencoe Ave., Suite 300         1055 W Seventh St 24th Fl
entral District of California         Marina del Rey, CA 90292-7925        Los Angeles, CA 90017-2577
os Angeles
hu Jan 23 13:49:45 PST 2020

inton Construction Inc                LA County Treasurer And Tax Collector   LA County Treasurer and Tax Collector
/o Eoin L Kreditor Esq                Revenue And Enforcement              POB 54110
9800 MacArthur Blvd Ste 1100          P O Box 54110                        Los Angeles, CA 90054-0110
rvine, CA 92612-2440                  Los Angeles, CA 90054-0110


a Jolla Capital Investors, LLC        Oakridge Landscape, Inc.             Raines Feldman LLP
/o Michael D Breslauer Esq            c/o Landsberg Margulies LLP          Attn: Hamid R. Rafatjoo
01 B Street Ste 1200                  16030 Ventura Boulevard              1800 Ave. of the Stars
an Diego, CA 92101-4295               Suite 470                            12th Floor
                                      Encino, CA 91436-4493                Los Angeles, CA 90067-4200


utman Treister & Glatt Professional Corpor   Tower Park Properties, LLC    United States Trustee (LA)
901 Avenue of the Stars 12th Floor    c/o Robert S Mann                    915 Wilshire Blvd, Suite 1850
os Angeles, CA 90067-6001             2029 Century Park East 19th Fl       Los Angeles, CA 90017-3560
                                      Los Angeles, CA 90067-2901


VM Holdings, LLC                      XGrobstein, Horwath & Company LLP    Los Angeles Division
/o Sheppard Mullin                    15233 Ventura Blvd., 9th Fl          255 East Temple Street,
01 West Broadway, 19th Floor          Sherman Oaks, CA 91403-2250          Los Angeles, CA 90012-3332
an Diego, CA 92101-8541


CS Security Industries, Inc.          Athans Enterprises Inc.              BJ Palmer & Associates Inc.
00 Bel Air Road                       19311 Vanowen Street                 27122A Paseo Espada, Suite 921
os Angeles, CA 90077-3809             Reseda, CA 91335-5098                San Juan Capistrano, CA 92675-6713


everly Aire LLC-Peter Sahagen         Bing Lum                             CATHCART COLLINS LLP
/o Jon H Freis Esq                    c/o Jayne T. Kaplan                  JOSEPH P COLLINS
20 El Camonp Dr Ste 204               1112 Fair Oaks                       633 W FIFTH ST STE 1100
everly Hills CA 90212-2723            South Pasadena, CA 91030-3312        LOS ANGELES, CA 90071-2085


amarillo Engineering Inc.             Camarillo Engineering Inc.           Cathcart, Collins & Kneafsey LLP
009 Klamath Dr                        PO Box 758                           Attn: Joseph Collins
amarillo CA 93010-2115                Somis, CA 93066-0758                 444 S Flower St., 42nd Fl
                                                                           Los Angeles, CA 90071-2965


avid Rudich                           Dr. Jagdish C. Amar                  FINTON CONSTRUCTION INC
/o Costell & Cornelius Law Corp.      Mrs. Vijay Amar                      C/O EOIN KREDITOR
299 Ocean Ave, Ste. 400               c/o Thomas N. FitzGibbon             19800 MACARTHUR BL STE 1100
anta Monica, CA 90401-1042            Pfeiffer Thigpen & FitzGibbon LLP    IRVINE, CA 92612-2440
                                      233 Wilshire Blvd., Suite 220
                                      Santa Monica, CA 90401-1217

inton Construction                    First California Bank                Franchise Tax Board
01 Rolyn Pl                           c/o Law Offices of Richard A. Shaffer   Special Procedures
rcadia CA 91007-2840                  21700 Oxnard St Ste 430              POB 2952
                                      Woodland Hills, CA 91367-3665        Sacramento CA 95812-2952
```

| | | |
|---|---|---|
| GEOSOILS CONSULTANTS INC<br>C/O CARL J LANE<br>16255 VENTURA BL STE 205<br>ENCINO, CA 91436-2300 | c/o Rudy Ruberti, Principal Geologist<br>6634 Valjean Ave<br>Van Nuys, CA 91406-5816 | GeoSoils Consultants Inc.<br>6634 Valjean Avenue<br>Van Nuys, CA 91406-5816 |
| HABLINSKI + MANION ARCHITECTURE LLP<br>C/O MEHRDAD FARIVAR<br>1055 W SEVENTH ST 24TH FL<br>LOS ANGELES, CA 90017-2577 | HUGHES INVESTMENT PARTNERSHIP LLC<br>PAUL R WALKER<br>555 W 5TH ST STE 4000<br>LOS ANGELES, CA 90013-3000 | Hablinski + Manion Architecture LLP<br>c/o Morris Polich & Purdy LLP<br>1055 W Seventh St 24th Fl<br>Los Angeles CA 90017-2577 |
| Hablinski Manion<br>1150 W Olympic Blvd Ste 800<br>Los Angeles CA 90064-1833 | Hilton & Hyland<br>250 N Canon Dr<br>Beverly Hills CA 90210-5322 | Hughes Investment Partnership LLC<br>Attn: Conrad Klein<br>10100 SANTA MONICA BLVD STE 300<br>Los Angeles, CA 90067-4107 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ingber & Associates<br>2029 Century Park East, Suite 1400<br>Los Angeles, Ca 90067-2915 | Jeffrey Lee Costell c/o Costell & Cornelius<br>1299 Ocean Ave Ste 400<br>Santa Monica, CA 90401-1042 |
| Joseph P Collins<br>Giorno Yoss Alvarado & Smith<br>633 W Fifth St Ste 1100<br>Los Angeles CA 90071-2085 | KGMAC, LLC and Prestige Ocean Prop LLC<br>4343 Dunwoody Club Dr Ste 103<br>Atlanta, GA 30350 | KNA Engineering Inc.<br>30101 Agoura Court, Suite 120<br>Agoura Hills, CA 91301-4311 |
| Kenneth Ingber<br>Ingber & Associates<br>2029 Century Park East Suite 1400<br>Los Angeles, CA 90067-2915 | L A COUNTY TREASURER<br>& TAX COLLECTOR<br>POB 54110<br>LOS ANGELES, CA 90054-0110 | LA County Tax collector<br>POB 54018<br>Los Angeles CA 90054-0018 |
| LA County Treas and Tax Coll<br>PO Box 54110<br>Los Angeles CA 90054-0110 | LA DWP<br>P.O. Box. 3080<br>Los Angeles, CA 90030 | La Jolla Capital Investors LLC<br>c/o Miguel Smith, Esq.<br>401 B Street, Suite 1200<br>San Diego, CA 92101-4295 |
| La Jolla Capital Investors, LLC<br>c/o Michael D. Breslauer, Esq.<br>Solomon Ward Seidenwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego, CA 92101-4295 | Law Offices of Robert Friedman<br>Attn: Mark Abramson, Esq.<br>827 Moraga Dr.<br>Los Angeles, CA 90049-1633 | Law Offices of Robert Friedman<br>Mark Abramson, Esq.<br>827 Moraga Drive<br>Los Angeles, CA 90049-1633 |
| Levy and Rowe, LLP<br>Joel D. Levy<br>10350 Santa Monica Blvd., Suite 130<br>Los Angeles, CA 90025-5073 | MARK HUGHES FAMILY TRUST<br>PAUL R WALKER<br>555 W 5TH ST STE 4000<br>LOS ANGELES, CA 90013-3000 | MH HOLDINGS II H LLC<br>PAUL R WALKER<br>555 W 5TH ST STE 4000<br>LOS ANGELES, CA 90013-3000 |
| MH Holdings II H, LLC<br>Attn: Conrad Klein<br>10100 SANTA MONICA BLVD STE 300<br>Los Angeles, CA 90067-4107 | Major Appraisals<br>6033 W. Century Blvd., Suite 340<br>Los Angeles, CA 90045-6422 | Mark Hughes Family Trust<br>10100 Santa Monica Bl, Suite 300<br>Los Angeles, CA 90067-4107 |

| | | |
|---|---|---|
| arvin Barsky<br>0100 Sta Monica Blvd #300<br>os Angeles CA 90067 | Michael Goldberg Esq<br>for La Jolla Capital Investor<br>401 B Street Ste 1200<br>San Diego CA 92101-4295 | Oakridge Landscape Inc.<br>8618 Haskell Ave<br>North Hills, CA 91343-5811 |
| rtiz Family Trust<br>141 Summit Drive<br>everly Hills, CA 90210-2252 | PAUL PECHAK<br>7955 LURLINE AVE<br>WINNETKA, CA 91306-2114 | Pacific Crest Consultants, Inc.<br>c/o Gary L Morris, Committee Chair Pres<br>23622 Calabasas Rd, Suite 100<br>Calabasas, CA 91302-1584 |
| rocore Technologies, Inc<br>/o Kingston, Martinez & Hogan<br>300 Santa Barbara St<br>anta Barbara, CA 93101-6041 | Robert E Truskowski Inc<br>1110 N Coast Hwy<br>Laguna Beach CA 92651-1372 | SME Construction, Inc.<br>195 Dawson Dr.<br>Camarillo, CA 93012-8084 |
| ierra Land Technologies<br>225 Alabama Ave<br>anoga Park, CA 91303-1519 | Silver & Freedman, APLC<br>Attn: Barry Weisz<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA 90067-2934 | The Sullivan Partnership<br>529 Hahn Ave., Suite 201<br>Glendale, CA 91203-3649 |
| homas N FitzGibbon Esq<br>feiffer Thigpen & FitzGibbon LLP<br>33 Wilshire Blvd Ste 220<br>anta MOnica, ca 90401-1217 | Tower Park Development Company, LLC<br>c/o Joseph Collins, Esq.<br>444 SOUTH FLOWER ST 42ND FL<br>Los Angeles, CA 90071-2965 | U.S. Trustee<br>Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017-5413 |
| ILLIAM ROSE &ASSOC INC<br>TTN WILLIAM ROSE<br>4911 AVENUE STANFORD #204<br>ALENCIA, CA 91355-1450 | WRA Engineering, Inc.<br>c/o G. William Rose<br>24933 Avenue Stanford<br>Valencia, CA 91355-1278 | Wayne S Williams<br>c/o Kenneth S Ingber Esq<br>2029 Century Park East Ste 1400<br>Los Angles CA 90067-2915 |
| illiam Rose & Associates<br>4933 Avenue Stanford<br>alencia, CA 91355-1278 | (p)WILLIAMS SCOTSMAN INC<br>LOSS MITIGATION DEPARTMENT<br>8211 TOWN CENTER DR<br>WHITE MARSH MD 21236-5904 | Donald Segretti Esq<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612-2433 |
| in L Kreditor<br>9800 MacArthur Blvd Ste 1100<br>rvine, CA 92612-2440 | Eric Bensamochan<br>30851 Agoura Road<br>Ste 114<br>Agoura Hills, CA 91301-4343 | Eric V Rowen<br>Greenberg Traurig, LLP<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2121 |
| arvin Barsky<br>0100 Santa Monica Blvd<br>300<br>os Angeles, CA 90067-4107 | Stephen King<br>KGMAC LLC and Prestige Ocean Properties<br>4243 Dunwoody Club Drive Ste 103<br>Atlanta, GA 30350-5206 | WESLEY Howard AVERY<br>Law Offices of Wesley H. Avery, APC<br>758 E. Colorado Blvd. # 210<br>Pasadena, CA 91101-5407 |
| /o Aron M. Oliner KGMAC, LLC<br>uane Morris LLP<br>he Market Plaza<br>pear Street Tower, Suite 2000<br>an Francisco, CA 94105-1198 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002(g)(4).

RS
nsolvency Stop 5022
)0 N Los Angeles St #4062
)s Angeles CA 90012-9903

William Scotsman
11811 Greenstone Ave
Santa Fe Springs, CA 90670

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )Brightview Landscape Development | (u)Counsel for the Committee of Creditors Hol | (u)Courtesy NEF |
| )Fiduciary Trust International of Californi | (du)Fiduciary Trust International of Californ | (u)Hughes Investment Partnership LLC |
| )Levene, Neale, Bender, Rankin & Brill LLP | (u)MH Holdings II H LLC | (u)MH Land Holdings I-A, LLC |
| )MH Land Holdings I-B, LLC | (u)MH Land Holdings I-C, LLC | (u)MH Land Holdings I-D, LLC |
| )Mark Hughes Family Trust | (u)Ortiz Family Trust | (u)Pacific Crest Consultants, Inc. |
| )Secured Capital Partners, LLC | (u)Silver Freedman APLC | (u)Victor Franco Noval |
| )Wilshire Crescent Properties | (u)XGrobstein Horwath & Company LLP | (u)Alexander Hughes |

| | | |
|---|---|---|
| )Bing Lum<br>/o Jayne T. Kaplan<br>112 Fair Oaks Avenue<br>outh Pasadena | c/o Costell & Cornelius Law Corp.<br>1299 Ocean Ave., Suite 400<br>Santa Monica, CA 90401-1042 | (u)Dr Jagdish C Amar |
| )Jagdish Amar | (u)Randall Rubin | (u)Ronald Richards |

```
d of Label Matrix
ilable recipients    87
passed recipients    27
tal                 114
```